IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JACQUELYN ANN CAPALLO,

    Plaintiff,

v.

ROBERT EUGENE CABE, JR.,

    Defendant.

Civil Action No. 5:24-cv-00266

## ORDER OF DISMISSAL WITH PREJUDICE

Before this Court is the Joint Stipulation of Voluntary Dismissal with Prejudice of this action, filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The stipulation is signed by all parties who have appeared.

Accordingly, and for good cause shown, it is hereby **ORDERED** that:

1. All claims asserted by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.
2. Each party shall bear its own costs and attorney's fees.
3. The Clerk is directed to terminate Defendant Robert Eugene Cabe, Jr., as a party to this action.

SO ORDERED, this 29 day of Sept, 2025.

TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT

*Order prepared by:*
Mckenzie R. Nadel

GA Bar No. 251909
2500 Old Milton Pkwy, Ste 200
Alpharetta, GA  30009
T: (770) 814-7001
F: (678) 559-0273
McKenzie@cheeleylawgroup.com

*Counsel for Plaintiff*