IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JACQUELYN ANN CAPALLO, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00266(TES) |
| | * |
| ROBERT EUGENE CABE, JR., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 29, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 29th day of September, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk